1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11    THOMAS D. PORTER,                      )      **Case No. 1:04-cv-5961 TAG**
                                             )
12                Plaintiff,                 )      **ORDER GRANTING DEFENDANTS'**
                                             )      **MOTION TO DISMISS**
13          vs.                              )
                                             )
14    G. DAVIS, BADGE #776; BAGBY, BADGE     )      **(Docs. 20 & 21)**
      #933; T. BROWN, BADGE #711; ERIC       )
15    MATLOCK; CITY OF BAKERSFIELD; and      )
      DOES 1 through 20, inclusive,          )
16                                           )
                                             )
17                Defendants.                )
                                             )
18    _____)

19

20          On July 25, 2005, the Court heard Defendants' motion to dismiss pursuant to Fed. R. Civ.

21    P. 37(b)(2)(C) in favor of Defendants CITY OF BAKERSFIELD, OFFICERS G. DAVIS,

22    BAGBY, T. BROWN and ERIC MATLOCK ("Defendants") (Court Doc. 20) and conducted a

23    hearing on the Court's order to show cause why the instant action should not be dismissed (Court

24    Doc. 21) for failure to comply with the Court's order to provide discovery responses and to pay

25    monetary sanctions (Court Doc. 19). Ovidio Oviedo, Jr., Esq., of the law firm of Marderosian,

26    Runyon, Cercone, Lehman & Armo appeared telephonically on behalf of Defendants. Plaintiff,

27    Thomas Porter, did not appear.

28    ///

                                              1

1    After due consideration of the record and the arguments presented, the Court makes the

2    following findings and orders:

3    FINDINGS

4    1.    Defendants' motion to dismiss (Court Doc. 20) seeks dismissal of the instant action

5          because Plaintiff failed to comply with the Court's order to provide discovery

6          responses and to pay monetary sanctions (Court Doc. 19).

7    2.    The Court's order to provide discovery responses and to pay monetary sanctions

8          warned Plaintiff that failure to comply with such order would result in the

9          imposition of further sanctions including monetary, issue, and terminating

10         sanctions.

11   3.    Plaintiff failed to oppose, object, or otherwise respond to Defendants' motion to

12         dismiss and failed to appear at the July 25, 2005 hearing on the motion to dismiss.

13   4.    Plaintiff failed to comply with the Court's order to provide discovery responses and

14         to pay monetary sanctions. (Court Doc. 19).

15   5.    The Court's order to show cause why the instant action should not be dismissed

16         (Court Doc. 21) directed Plaintiff to show cause why this action should not be

17         dismissed for failure to comply with the Court's order to provide discovery

18         responses and to pay monetary sanctions.

19   6.    The Court's order to show cause warned Plaintiff that failure to comply with and/or

20         respond to the Court's order would result in a dismissal of this action.

21   7.    Plaintiff failed to comply with, and failed to respond to, the Court's order to show

22         cause, and failed to appear at the July 25, 2005 hearing on the order to show cause.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2

8.     Good cause exists to grant Defendants' motion to dismiss and to dismiss this action pursuant to Fed. R. Civ. P. 37(b)(2)(C)[1] because Plaintiff failed to comply with the Court's order to provide discovery responses and to pay monetary sanctions.

9.     Good cause also exists to dismiss this action pursuant to Rule 11-110[2] of the Local Rules of the United States District Court for the Eastern District of California because Plaintiff failed to comply with the Court's order to show cause, as well as the Court's order to provide discovery and to pay monetary sanctions.

///
///
///
///
///
///
///
///
///
///
///
///

---

[1] Fed. R. Civ. P. 37(b)(2)(C) provides that if a party fails to obey an order to provide or permit discovery the court in which the action is pending may make such orders in regard to the failure as are just, including "[a]n order striking out pleadings or parts thereof, or staying further proceedings until the order is obeyed, or dismissing the action or proceeding or any part thereof, or rendering a judgment by default against the disobedient party."

[2] Rule 11-110 of the Local Rules of the United States District Court for the Eastern District of California provides as follows:

Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.

1

ORDERS

2          Based on the foregoing, the Court makes the following orders:

3          1.      Defendants' motion to dismiss is granted.

4          2.      Defendants CITY OF BAKERSFIELD, OFFICER G. DAVIS, OFFICER BAGBY,

5                  OFFICER T. BROWN and ERIC MATLOCK are dismissed as defendants.

6          3.      This action be dismissed in its entirety, with prejudice.

7          4.      The Clerk of this Court is directed to enter judgment in favor of Defendants.

8

9    IT IS SO ORDERED.

10   **Dated:    July 27, 2005**                      **/s/ Theresa A. Goldner**
     j6eb3d                                  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28